M. P. No. 75-316. LARRY BROOKS v. JAMES W. MULLEN, *Warden*. Petition for writ of habeas corpus is granted for hearing on right of petitioner to be admitted to bail, and the writ may issue forthwith. The petitioner's motion for reconsidera-

tion of the order referring this matter to the Public Defender is denied. *Robert B. Mann*, for petitioner. *Julius C. Michaelson*, Attorney General, *William Granfield Brody*, Special Asst. Attorney General, for respondent.